UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDELINE M. SEGOVIA,

        Plaintiff,

-against-

SUNRISE MEDICAL LABORATORY, INC. et al,

        Defendants.

19cv6499

Case No. 19-CV-07064 (JMA)(ARL)

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 13 2020 ★

LONG ISLAND OFFICE

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that:

(a) the above-captioned action and all causes of action that were or could have been asserted therein, including any and all claims under the Fair Labor Standards Act and New York Labor Law, are dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party; and

(b) the Court shall retain jurisdiction of this matter for the sole purposes of enforcing the parties' settlement.

**HENG WANG & ASSOCIATES, P.C.**

By: _____
Heng Wang
36 Bridge Street
Metuchen, NJ 08840
Heng.wang@wanggaolaw.com

*Attorneys for Plaintiff*

Dated: August __ September 13, 2020

**LITTLER MENDELSON, P.C.**

By: *Matthew R. Capobianco*
Matthew R. Capobianco
290 Broadhollow Road, Suite 305
Melville, New York 11747
mcapobianco@littler.com

*Attorneys for Defendants*

Dated: August 30, 2020

SO ORDERED:
s/ Joan M. Azrack
_____
U.S. District Court Judge

October 13, 2020
Dated

case closed

